FILED
MAY 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE No: **'08 MJ 8440** |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 8 U.S.C. § 1324(a)(2)(B)(iii) |
| Daniel HERNANDEZ-Loya ) | Bringing In Illegal Alien Without Presentation (Felony) |
| Defendant. ) | |

The undersigned complainant, being duly sworn, states:

That on May 15, 2008, within the Southern District of California, defendant Daniel HERNANDEZ-Loya with the intent to violate immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose CEDANO-Martinez, had not received prior official authorization to come to, enter and remain in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to a Customs Border Protection Officer at the designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
Gustavo Barreto, CBP
Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19TH DAY OF MAY 2008.

_____
HON. PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
    v.
Daniel HERNANDEZ-Loya

PROBABLE CAUSE STATEMENT

The complainant states that this complaint is based upon the reports of the apprehending officers and the investigation conducted by United States Customs & Border Protection Enforcement Officer Gustavo Barreto.

On May 15, 2008, at approximately 08:30 P.M., (Defendant) Daniel HERNANDEZ-Loya was the driver of a white 1998 Ken Worth tractor when he arrived at the Calexico East Cargo Port of Entry coming from the Republic of Mexico. The defendant was the only visible occupant of the vehicle as he applied for entry by presenting his lawfully issued Form DSP-150, Border Crossing Card.

During primary inspection the defendant declared frozen corn to Customs and Border Protection Officer C. Estrada. CBPO Estrada referred the trailer to x-ray and to the dock for unloading of the merchandise.

At the dock the defendant re-declared frozen corn to CBPO Estrada. CBPO Estrada who was now assigned at the dock began conducting an examination on the tractor trailer. While CBPO Estrada was conducting her exam, she discovered two undocumented Mexican males, later identified as Jose CEDANO-Martinez and Gustavo ARAUJO-Rios. Both Males were discovered completely covered with blankets in the sleeper area of the tractor trailer.

UNITED STATES OF AMERICA
    v.
Daniel HERNANDEZ-Loya

The defendant was placed under arrest and advised of his rights per Miranda. Defendant said he understood his rights and said he would answer questions without an attorney present.

Records show that the defendant is a native and citizen of Mexico and was a holder of a Border Crossing Card, Form DSP-150. Defendant stated that he was going to get paid $300.00 per person to take them to a gas station after crossing the Port of Entry in Calexico, CA. Defendant stated that he was encountered at a store in Mexicali, Mexico and was offered to transport two undocumented aliens.

Jose CEDANO-Martinez (Material Witness) stated that he is a citizen of Mexico with no legal documents to enter into or be in the United States. Material Witness stated that he made arrangements to be smuggled into the United States with an unknown man. Material Witness stated he was going to pay approximately $2,000.00 and that his destination was San Bernardino, CA. Material Witness admitted he had resided in the United States illegally until he got deported in 1998. Material Witness was able to identify the defendant from a photo line-up as the person driving the tractor trailer to get them smuggled into the United States.

\\
\\
\\
\\

UNITED STATES OF AMERICA
v.
Daniel HERNANDEZ-Loya

Material Witness:
   Name                                      Country of Birth

Jose CEDANO-Martinez               Mexico

    Further, the complainant states that he believes said alien is a citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material, that it is impracticable to secure his attendance at the trial by subpoena; and he is material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

Executed on March 7, 2008, at approximately 10:00 P.M.

                            Gustavo Barreto, CBP
                            Enforcement Officer

    On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on May 16, 2008 in the violation of Title 8, United States Code, § 1326.

HON. Anthony J. Battaglia           5/17/08 5:40 pm
United States Magistrate Judge        Date and Time