# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER _08-CR 1804-H_ |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Daniel Hernandez Loya | ) ) ) ) | Booking No. _06322-298_  * CORRECTED NAME * |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _Aug 11, 2008_
the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

__✓__ Defendant sentenced to TIME SERVED, supervised release for _2_ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

Received_____
       USM

RECEIVED 2008 AUG 12 A 8:52 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

MARILYN L. HUFF
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT
OR
W. SAMUEL HAMRICK, JR.   Clerk
by _T. Mason_
Deputy Clerk
T. MASON

Crim-9  (Rev 6-95)                                            ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY